THE PEOPLE OF THE STATE OF NEW YORK ex rel. 667 MADISON AVE., INC., Appellant, against WILLIAM W. MILLS, Constituting the Tax Commission of the City of New York, Respondents. [667–671 Madison Ave., Borough of Manhattan].— Order, insofar as appealed from, unanimously modified by fixing the values at the following amounts: 1943–44 Land, $515,000; Building, $280,000; Total $795,000 and as so modified affirmed, with $20 costs and dis-

bursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.